FILED

MAR 0 9 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN PEPPER COMPANY, INC., <br> GARY H. CRYTSER, individually and <br> d/b/a TEAKNIQUES CORPORATION, <br> and TEAKNIQUES CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD CASUALTY INSURANCE <br> COMPANY and TWIN CITY FIRE <br> INSURANCE COMPANY, <br><br> Defendants. | No. 05C 1404 <br><br> JUDGE BUCKLO <br><br> MAGISTRATE JUDGE <br> GERALDINE SOAT BROWN |

### NOTICE OF FILING

TO:  Timothy Lowery
    LOWERY & ASSOCIATES, LLC
    333 West Wacker Drive, Suite 420
    Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 9th day of March 2005, we filed Hartford Casualty Insurance Company's and Twin City Fire Insurance Company's **Notice of Removal** with the Clerk of the United States District Court for the Northern District of Illinois.

_____
Jefferson D. Patten

Peter E. Kanaris
Jefferson D. Patten
FISHER KANARIS, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
312.474.1400
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Jefferson D. Patten, hereby certify that I served a copy of the foregoing **Notice of Filing**, along with all documents referenced therein, upon:

Timothy Lowery
LOWERY & ASSOCIATES, LLC
333 West Wacker Drive, Suite 420
Chicago, Illinois 60606

by placing a copy of same in a postage prepaid envelope, properly addressed, and depositing same in the United States mail located at 200 South Wacker Drive, Chicago, Il 60606, this 9 [th] day of March 2005.

Jefferson D. Patten

FILED

MAR 0 9 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN PEPPER COMPANY, INC., ) <br> GARY H. CRYTSER, individually and ) <br> d/b/a TEAKNIQUES CORPORATION, ) <br> and TEAKNIQUES CORPORATION, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> HARTFORD CASUALTY INSURANCE ) <br> COMPANY and TWIN CITY FIRE ) <br> INSURANCE COMPANY, ) <br>   ) <br> Defendants. ) | JUDGE BUCKLO <br><br> No. 05C 1404 <br><br> MAGISTRATE JUDGE <br> GERALDINE SOAT BROWN |

## NOTICE OF REMOVAL

Hartford Casualty Insurance Company and Twin City Fire Insurance Company, by and through their attorneys FISHER KANARIS, P.C., pursuant to 28 U.S.C. § 1441(a) and in accordance with 28 U.S.C. § 1446, submit their Notice of Removal to remove this action from the Circuit Court of Cook County, State of Illinois, and in support thereof, state as follows:

1. On January 26, 2005, Plaintiffs filed a civil action in the Circuit Court of Cook County, State of Illinois, against Defendants Hartford Casualty Insurance Company ("Hartford") and Twin City Fire Insurance Company ("Twin City"). A copy of the Complaint and Summons, Case No. 05 L 000975, is attached as Exhibit "A."

2. The Complaint was served on Hartford and Twin City, via the Office of Insurance Commissioner, State of Connecticut, on February 14, 2005.

3. The Complaint demands the payment of $298,325.97 allegedly due under a policy of insurance issued by Hartford and Twin City, as well as attorneys' fees, costs and penalties under 215 ILCS 5/155. The amount in controversy exceeds the $75,000.00 jurisdictional minimum.

4. This Notice of Removal is being filed within thirty (30) days after the date that Hartford and Twin City first ascertained the case is one which is removable on the basis of jurisdiction conferred by 28 U.S.C. §1332.

5. The claim is a civil action to which this Court has original jurisdiction under 28 U.S.C. §1332 and Hartford and Twin City are entitled to remove the action to this Court pursuant to 28 U.S.C. §1441(a) in that:

    a. Plaintiff Jonathan Pepper Company, Inc. is an Illinois Corporation with its principal place of business located in Illinois;

    b. Plaintiff Gary H. Crytser is an individual residing in Illinois;

    c. Plaintiff Teakniques Corporation is an Illinois corporation with its principal place of business located in Illinois;

    d. Defendant Hartford is an Indiana corporation with its principal place of business located in Hartford, Connecticut;

    e. Defendant Twin City is an Indiana corporation with its principal place of business located in Hartford, Connecticut;

    f. Upon information and belief, there is diversity of citizenship between the Parties; and

    g. The matter in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE, Defendants Hartford Casualty Insurance Company and Twin City Fire Insurance Company respectfully request that Case No. 05 L 000975, currently pending in the Circuit

Court of Cook County, State of Illinois, be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY

By: _____
One of Their Attorneys

Peter E. Kanaris
Jefferson D. Patten
FISHER KANARIS, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
312.474.1400
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Jefferson D. Patten, hereby certify that I served a copy of the foregoing **Notice of Removal** upon:

Timothy Lowery
LOWERY & ASSOCIATES, LLC
333 West Wacker Drive, Suite 420
Chicago, Illinois 60606

by placing a copy of same in a postage prepaid envelope, properly addressed, and depositing same in the United States mail located at 200 South Wacker Drive, Chicago, Il 60606, this 9th day of March 2005.

_____
Jefferson D. Patten

F:\05-1163\Pleadings\Notice of Removal 03.08.05.wpd

7003 1010 0004 4835 3249

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(Rev. 9/3/99) CCG 0001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)
JONATHAN PEPPER COMPANY, INC., GARY H.
CRYTSER, individually, and d/b/a TEAKNIQUES
CORPORATION, and TEAKNIQUES CORPORATION

Plaintiffs

v.

HARTFORD CASUALTY INSURANCE
COMPANY and TWIN CITY FIRE
INSURANCE COMPANY

Defendant

**SUMMONS**

No. _____

05L 000975
CALENDAR W
BREACH OF CONTRACT

PLEASE SERVE:

Hartford Casualty Insurance Company
c/o Registered Agent Susan F. Coxwell
Connecticut Insurance Commissioner
153 Market Street
Hartford, CT 06103

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room ___801___, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

**EXHIBIT A**

You must file within 30 days after service of this summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

Atty. No.: _36094_
Name: _LOWERY & ASSOCIATES, LLC_
Atty. for: _Plaintiff(s)_
Address: _333 West Wacker Drive, Suite 420_
City/State/Zip: _Chicago, Illinois 60606_
Telephone: _(312) 460-8788_

WITNESS, _____

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _(312) 460-8790_
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

03/01/2005 10:23AM

## State of Connecticut
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

This is to certify that the foregoing is a copy of a process served upon me, a person in the office of the Insurance Commissioner of Connecticut, designated by him, pursuant to the statute in such cases made and provided, as one upon whom, in his absence, service of process may be made, upon an insurance company, corporation or association, with the same force and effect as though made on such commissioner personally.

February 9, 2005    at    2:17 p.m.

*Insurance Commissioner*



## State of Connecticut
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

| | |
|---|---|
| CORPORATE SECRETARY | ...................Secretary, |
| HARTFORD CASUALTY INS CO | |
| HARTFORD PLAZA | |
| HARTFORD CT 06115 | ............ |

**Pursuant to the statute in such cases made and provided, I forward herewith a copy of the process served as set forth in the certificate thereto attached.**

Respectfully yours,

*Insurance Commissioner*

Form 1

1907

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JONATHAN PEPPER COMPANY, INC., | ) | |
| GARY H. CRYTSER, individually, and | ) | |
| d/b/a TEAKNIQUES CORPORATION, | ) | |
| and TEAKNIQUES CORPORATION, | ) | 05L 000975 |
| | ) | CALENDAR W |
| Plaintiffs | ) | BREACH OF CONTRACT |
| | ) | |
| v. | ) | No. |
| | ) | |
| HARTFORD CASUALTY INSURANCE | ) | |
| COMPANY and TWIN CITY FIRE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT

NOW COME the Plaintiffs, JONATHAN PEPPER COMPANY, INC., GARY H. CRYTSER, individually, and d/b/a TEAKNIQUES CORPORATION, and TEAKNIQUES CORPORATION, by and through their attorneys, LOWERY & ASSOCIATES, LLC, and for their Complaint for breach of contract against the Defendants, HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY, state as follows:

### The Parties

1. Gary H. Crytser is an individual residing in Illinois, and is the owner of the property at 641 Orchard Avenue, Suite 14, Aurora, Illinois, and is a named insured under a policy of insurance #83SBAFM4025 issued by Hartford Casualty Insurance Company and Twin City Fire Insurance Company for the said property and its contents. (See copy of said policy, attached hereto as Exhibit A.)

**LAW DEPARTMENT**

**FEB 14 '05**

**RECEIVED**

2. Jonathan Pepper Company, Inc. is an Illinois corporation, and is a lessee of and is a named insured of the property at 641 Orchard Avenue, Suite 14, Aurora, Illinois, under a policy of insurance #83SBAFM4025 issued by Hartford Casualty Insurance Company and Twin City Fire Insurance Company.

3. Teakniques Corporation is an Illinois corporation, which occupied the property at 641 Orchard Avenue, Suite 14, Aurora, Illinois, and is an insured under a policy of insurance #83SBAFM4025 issued by Hartford Casualty Insurance Company and Twin City Fire Insurance Company for the contents of the premises.

4. Hartford Casualty Insurance Company is an insurance company duly authorized to issue and did issue property and fire insurance policies in Illinois.

5. Twin City Fire Insurance Company is an insurance company duly authorized to issue and did issue property and fire insurance policies in Illinois.

### Coverage

6. Defendants, Hartford Casualty Insurance Company and Twin City Fire Insurance Company, issued a policy of insurance to Plaintiffs, insuring Plaintiffs at the time and place of the incident of August 31, 2002 under policy number 83SBAFM4025 for the stated premium paid by Plaintiffs. Said policy had effective policy dates of August 9, 2002 to August 9, 2003, and covered the property of Plaintiffs at 641 Orchard Avenue, Suite 14, Aurora, Illinois. The coverages included $25,000.00 for business personal property damages, with a $500.00 deductible, and $225,000.00 for damages to business personal property of others, with a $500.00 deductible, from theft or vandalism by intruders. Also under said policy, with the same effective dates, were business

property damage coverages for $1,000,000.00 for each occurrence and $300,000.00 for fire damage from any one fire to the insureds' property.

### Facts

7. On or about August 31, 2002, while the policy was in full force and effect, a break-in with vandalism and a subsequent fire occurred, causing substantial damage to the property and its contents, occurred at Plaintiffs' rental space at 641 Orchard Avenue, Suite 14, Aurora, Illinois.

8. Gary H. Crytser, on behalf of the Plaintiffs, promptly made general liability and property notices of claim under the said policy for damages to the building and its contents insured under the policy in the amount of $298,325.97, as all of the damages from the break-in, vandalism, and fire were covered by the said insurance policy. (See copies of notices, attached hereto as Exhibits B and C.)

9. Plaintiff, Jonathan Pepper Company, Inc., paid a $500.00 deductible for its property damage.

10. Mr. Crytser further filed a sworn statement and proof of loss for the same amount under the same policy as a result of the same event on January 9, 2003. (See a copy of said sworn statement, attached hereto as Exhibit D.)

11. Plaintiffs provided the testimony of Mr. Crytser on September 18, 2004, and of Mr. Sanford Findley on October 3, 2002, in sworn statements to attorneys for Defendants, have provided numerous supporting documents for their claims, and have duly performed all of their requirements under the said policy.

12. On May 21, 2004, Defendant Hartford Casualty Insurance Company sent a letter to Jonathan Pepper Co., Inc.'s attorney, Steven Brundage, stating that they were

3

denying the claim. The denial was on the basis of Defendants' allegations of Plaintiffs' concealment, misrepresentation or fraud and dishonesty, stating that Hartford believed that Plaintiffs caused the break in and fire to occur, without specifying any facts leading Defendants to said conclusions. The denial is a breach by Defendants of the said contract, the policy of insurance. (See a copy of the Hartford letter, attached hereto as Exhibit E.)

13. Plaintiffs have repeatedly requested that Defendants pay for their covered losses, but Defendants have repeatedly failed and refused to do so.

14. Defendants' refusal to pay Plaintiffs the amount payable under the policy is vexatious and without reasonable cause as it failed to provide Plaintiffs with a reasonable explanation for Defendants' refusal to pay.

15. Under the terms of the said Hartford/Twin City policy, Hartford and Twin City are obligated to pay Plaintiff, Jonathan Pepper Company, Inc., $298,325.97 plus costs, attorneys' fees and post judgment interest at nine percent per annum.

16. This is an action based on a "written instrument" within the meaning of the Illinois Interest Act and, therefore, Plaintiffs are entitled to prejudgment interest, and to five percent interest per year from the date of the fire, pursuant to 815 ILCS 205/2.

17. For the reasons stated above, pursuant to 215 ILCS 5/155, Defendants are liable for reasonable attorney's fees, and other costs and penalties.

WHEREFORE, the Plaintiffs, JONATHAN PEPPER COMPANY, INC., GARY H. CRYTSER, individually, and d/b/a TEAKNIQUES CORPORATION, and TEAKNIQUES CORPORATION, pray that this Court enter judgment in their favor and against Defendants, HARTFORD CASUALTY INSURANCE COMPANY and TWIN

CITY FIRE INSURANCE COMPANY, for $298,325.97 plus attorney's fees and costs and penalties, as allowed by 215 ILCS 5/155, together with prejudgment interest and the costs of bringing this action.

LOWERY & ASSOCIATES, LLC

BY: _____
Attorney for Plaintiffs

LOWERY & ASSOCIATES, LLC
333 West Wacker Drive
Suite 420
Chicago, Illinois 60606
(312) 460-8788
Attorney No. 36094

## VERIFICATION

Gary H. Crytser, on oath states that the amount of money damages does exceed $30,000.00. He further states that he has read the attached Complaint and that the statements set forth herein are true and correct. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Gary H. Crytser

6

## State of Connecticut
### OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

This is to certify that the foregoing is a copy of a process served upon me, a person in the office of the Insurance Commissioner of Connecticut, designated by him, pursuant to the statute in such cases made and provided, as one upon whom, in his absence, service of process may be made, upon an insurance company, corporation or association, with the same force and effect as though made on such commissioner personally.

February 9, 2005    at    2:17 p.m.

*Insurance Commissioner*



## State of Connecticut
### OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

CORPORATE SECRETARY            ....................Secretary,
HARTFORD CASUALTY INS CO
HARTFORD PLAZA
HARTFORD CT 06115             ............

.....................................    ..........................

Pursuant to the statute in such cases made and provided, I forward herewith a copy of the process served as set forth in the certificate thereto attached.

Respectfully yours,

*Insurance Commissioner*

Form 1

03/01/2005    10:23AM