AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Jonathan Pepper, et al.          **JUDGMENT IN A CIVIL CASE**

       v.                              Case Number: 05 C 1404

Hartford Casualty Insurance Co.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant and against plaintiffs, jointly and severally, in the amount of $596,651.94, plus reasonable attorneys' fees to be determined at a later time.

                                                    Michael W. Dobbins, Clerk of Court

Date: 9/3/2008                            _____

                                                   /s/ Mathew P. John, Deputy Clerk